JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROSE TANUVASA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | No. CV 20-10190 MRW<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br><br>Hon. Michael R. Wilner<br>United States Magistrate Judge |

　　　Having reviewed and considered the parties' Notice of Settlement (ECF 46) and subsequent Stipulation for Dismissal with Prejudice (ECF 48),

　　　IT IS HEREBY ORDERED:

　　　1.　Plaintiff's action is dismissed in its entirety, with prejudice; and

　　　2.　Each party shall bear his, her or its own costs of suit, attorney's fees and expenses.

　　　DATED: August 9, 2022

　　　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　MICHAEL R. WILNER
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1  Presented by:

2  STEPHANIE S. CHRISTENSEN
   Acting United States Attorney
3  DAVID M. HARRIS
   Assistant United States Attorney
4  Chief, Civil Division
   JOANNE S. OSINOFF
5  Assistant United States Attorney
   Chief, General Civil Section

6
   /s/ Alarice M. Medrano
7  ALARICE M. MEDRANO
   Assistant United States Attorney

8
   Attorneys for Defendant Alejandro
9  Mayorkas, Secretary, United States
   Department of Homeland Security

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2